Walter M. Yoka, SB# 94536
wyoka@yokasmith.com
Anthony F. Latiolait, SB#132378
alatiolait@yokasmith.com
YOKA & SMITH, LLP
445 South Figueroa St., 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Fax:    (213) 427-2330

Attorneys for Defendants, BARNETT OUTDOORS LLC; WILDGAME
INNOVATIONS, LLC; WILDGAME INNOVATIONS; SYNERGY OUTDOORS,
LLC; PLANO MOLDING COMPANY, LLC; PLANO HOLDING, LLC; et al.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| NISIM BARAK; ALIN BARAK <br><br> Plaintiff(s), <br><br> vs. <br><br> BARNETT OUTDOORS, LLC, a Florida limited liability Company; WILDGAME INNOVATIONS, LLC, a Louisiana limited liability company; WILDGAME INNOVATIONS, a Louisiana Trade Name; SYNERGY OUTDOORS, LLC, a Louisiana limited liability company; PLANO MOLDING COMPANY, LLC, a Delaware limited liability company; PLANO HOLDING, LLC, a Delaware limited liability company; PLANO SYNERGY HOLDING; INC., a Delaware corporation; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No.: 8:19-cv-01982-JLS-ADS <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

## ORDER

Based on the foregoing, IT IS SO ORDERED.


DATED:  ___12/4/2019___          ___/s/ Autumn D. Spaeth___

The Honorable Autumn D. Spaeth
United States Magistrate Judge