# JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NISIM BARAK, | Case No.: 8:19-CV-01982-JLS (ADSx) |
| Plaintiff(s), | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| BARNETT OUTDOORS, LLC;, and DOES 1 through 100, Inclusive, | |
| Defendants. | |

Pursuant to the stipulation and agreement of the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs.

Dated: January 13, 2021

_____
Hon. Josephine L. Staton
United States District Judge

1